## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :    No. 646 MAL 2023

         Respondent               :

                               :    Petition for Allowance of Appeal
                               :    from the Order of the Superior Court

         v.                             :

                               :

GARY L. CAIN, JR.,                      :

                               :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**. The "Application for Leave to Amend for Relief Pursuant to Pa.R.A.P. 123 Seeking the Immeadiate [sic] Removal of Ineffective PCRA Counsel Pursuant to *Commonwealth v. Bradley*, 237 A.3d 1068 Pa. Super 2020 [sic] at the First Opportunity, and Remand to Relitigate Claims Waived by PCRA Counsel in the Superior Court during Litigation of Appellants [sic] PCRA Appeal to Ensure Appellant's 'Rule-Based' Right to Effective PCRA Counsel", treated as an application to amend, is **GRANTED**. The "Application for Relief Seeking the Immediate Removal of Ineffective PCRA counsel pursuant to *Commonwealth v. Bradley*, 261 A.3d 381 (Pa. 2021)," "Application for Relief Seeking Leave to Supplement the Immediate Removal of Ineffective PCRA Counsel Pursuant to *Commonwealth v. Bradley*, 261 A.3d 381 (Pa. 20[21])," and "Amended Application for Relief Pursuant to Pa.R.A.P. 123 Seeking the Immediate Removal of Ineffective PCRA Counsel Pursuant to *Commonwealth v. Bradley*, 237 A.3d 1068 Pa.

Super 2020 [sic] at the First Opportunity, and Remand to Relitigate Claims Waived by PCRA Counsel in the Superior Court during Litigation of Appellant's PCRA Appeal to Ensure Appellant's 'Rule-Based' Right to Effective PCRA Counsel" are all **DENIED**.